J-A16044-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| JAMES SCOTT DUNLOP, SUSAN A.R. DUNLOP, ITF APRIL GRAYCE DUNLOP, ITF ELISE ODETTE DUNLOP | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | |
| JAMES BOLLINGER, M.D. | |
| APPEAL OF:  JAMES SCOTT DUNLOP | No. 3359 EDA 2014 |

Appeal from the Order Entered October 23, 2014
In the Court of Common Pleas of Chester County
Civil Division at No(s): 2013-08593

BEFORE:  LAZARUS, J., OLSON, J., and PLATT, J.[*]

JUDGMENT ORDER BY LAZARUS, J.:                **FILED MAY 18, 2015**

James Scott Dunlop, *et al.*, appeal, *pro se*, from the order of the Court of Common Pleas of Chester County entered October 23, 2014.  For the following reasons, we quash the appeal.

On January 15, 2014, a judgment of *non pros* was entered against Appellants, and in favor of Appellee, James Bollinger, M.D.  Appellants filed a petition to open the judgment of *non pros*, which the trial court denied by order entered September 3, 2014.[1]  This was an appealable order pursuant

---

[*] Retired Senior Judge assigned to the Superior Court.

[1]  The record indicates that copies of the order were sent to counsel and unrepresented parties on that date.

to Pa.R.A.P. 311(a). Accordingly, the thirty-day period within which to file an appeal began to run on that date. *See* Pa.R.A.P. 902(a).

Rather than filing a timely notice of appeal, Appellants filed a "Petition to Open Judgment of *Non Pros* in Consideration of Plaintiffs' Answer to Counsel for Defendant's 'Opposition to Plaintiffs' Petition to Open Judgment of *Non Pros*,'" on October 1, 2014. The trial court denied the Petition on October 23, 2014, and on October 31, 2014, Appellants filed a notice of appeal.

The underlying appealable order was entered on September 3, 2014. Because no timely appeal was taken from that order, we conclude that this Court lacks jurisdiction to consider this appeal. ***See Reading Anthracite Co. v. Rich***, 577 A.2d 881 (Pa. 1990) (timeliness of appeal is jurisdictional and may be raised by the court *sua sponte*).

Appeal quashed.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary


Date: 5/18/2015